SEP 24 2013

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:12CR171-B-A

SEARN LYNCH

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Mississippi hereby dismisses the Criminal Complaint and Count Two of the Indictment as to defendant SEARN LYNCH, with prejudice.

FELICIA C. ADAMS, MS Bar 1049
United States Attorney

By: /s/ Robert H. Norman
ROBERT H. NORMAN, MS Bar 3880
Assistant United States Attorney
Northern District of Mississippi

Dated: 9/18/2013

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Date: 9/24/13